CHRISTINE S. HWANG (SBN 184549)
PHIL A. THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Plaintiffs

JOHN M. SKONBERG (SBN 69409)
MICHAEL G. PEDHIRNEY (SBN 233164)
LITTLER MENDELSON, P.C.
650 California St., 20th Floor
San Francisco, CA 94108
Tel: (415) 433-1940/Fax: (415) 399-8490
jskonberg@litter.com
mpedhirney@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO CULINARY, BARTENDERS & SERVICE EMPLOYEES WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PERSONALITY HOTELS, LLC et al., <br><br> Defendants. | Case No. 3:10-cv-04436-BZ <br><br> **JOINT REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT;** <br><br> [Proposed] **ORDER** |

1   The parties hereby request that all motion deadlines in this matter be continued by seven
2   days, in order to ensure that the parties' statement of undisputed facts be as comprehensive as
3   possible.  The parties proposed schedule is as follows:

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | July 8, 2011 | July 15, 2011 |
| Defendants' Opposition/Cross-Motion | July 22, 2011 | July 29, 2011 |
| Plaintiffs' Opposition/Reply | August 5, 2011 | August 12, 2011 |
| Defendant's Reply | August 12, 2011 | August 19, 2011 |
| Hearing on Cross Motions | August 24, 2011 | August 31, 2011 |

Dated: July 7, 2011              LEONARD CARDER, LLP


                                 By:    __/s/Phil A. Thomas_____
                                        Phil A. Thomas
                                        Attorneys for Plaintiffs


Dated:  July 7, 2011             LITTLER MENDELSON, P.C.


                                 By: _____/s/Michael G. Pedhirney_____
                                        Michael G. Pedhirney
                                        Attorneys for Defendants


**[Proposed] ORDER**

The parties' proposed schedule is hereby GRANTED., except that August 31, 2011 is not an available hearing date.  The Court will schedule a hearing, if one is necessary, after reviewing the papers.


Dated: July  8 , 2011            Signed: _____
                                        Hon. Bernard Zimmerman,
                                        United States Magistrate Judge