| | |
|---|---|
| 1 | CHRISTINE S. HWANG (SBN 184549) |
| | PHIL A THOMAS (SBN 248517) |
| 2 | LEONARD CARDER, LLP |
| | 1188 Franklin St., Suite 201 |
| 3 | San Francisco, CA 94109 |
| | Tel: (415) 771-6400/Fax: (415) 771-7010 |
| 4 | chwang@leonardcarder.com |
| | pthomas@leonardcarder.com |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | |
| | JOHN M. SKONBERG, Bar No. 069409 |
| 7 | MICHAEL G. PEDHIRNEY, Bar No. 233164 |
| | LITTLER MENDELSON |
| 8 | A Professional Corporation |
| | 650 California Street |
| 9 | 20th Floor |
| | San Francisco, CA  94108.2693 |
| 10 | Telephone:     415.433.1940 |
| | jskonberg@littler.com |
| 11 | mpedhirney@littler.com |
| 12 | Attorneys for Defendants |
| | PERSONALITY HOTELS LLC AND |
| 13 | KENSINGTON PARK, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES WELFARE FUND, et al., | Case No.  CV-10-4436-BZ |
| Plaintiffs, | **JOINT REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT;** |
| v. | [Proposed] ORDER |
| PERSONALITY HOTELS LLC, A California limited liability company, KENSINGTON PARK, LLC,  a California limited liability company, and DOES ONE through TEN, inclusive, | |
| Defendants. | |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**JOINT REQUEST FOR EXTENSION OF TIME TO FILE MSJS**

Case No. CV-10-4436

1  The parties hereby request that all deadlines in this matter be continued by seven
2  days.  The parties' proposed schedule is as follows:

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Defendants' Opposition/Cross-Motion | July 29, 2011 | August 5, 2011 |
| Plaintiffs' Opposition/Reply | August 12, 2011 | August 19, 2011 |
| Defendant's Reply | August 19, 2011 | August 26, 2011 |
| Hearing on Cross Motions | August 31, 2011 | September 7, 2011 |

Dated: July 28, 2011                         LEONARD CARDER, LLP


                                             By:   /s/
                                                   Phil A Thomas
                                                   Attorneys for Plaintiffs


Dated:  July 28, 2011                        LITTLER MENDELSON, P.C.


                                             By:   /s/
                                                   Michael G. Pedhirney
                                                   Attorneys for Defendants



### [Proposed] ORDER

The parties' proposed schedule is hereby GRANTED.  The hearing is set for September 9, 2011 at 10:00 a.m. in Courtroom C.


Dated: July 28 2011           Signed:  *[signature]*
                                       Hon. Bernard Zimmerman,
                                       United States Magistrate Judge

Firmwide:103022720.1 057455.1014

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**JOINT REQUEST FOR EXTENSION OF TIME TO FILE MSJS**    1.    **Case No. CV-10-4436**