UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO CULINARY TRUST FUNDS, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> PERSONALITY HOTELS, LLC, et al., <br><br> Defendant(s). | No. C10-4436 BZ <br><br> **BRIEFING ORDER** |

Defendants have applied for an order extending the briefing schedule. Because the defendants' opposition is due tomorrow, and because plaintiffs' position is well stated in Exhibit B in Mr. Pedhirney's declaration, I find no need for further briefing or argument. **IT IS THEREFORE ORDERED** as follows:

1. Defendants' opposition and cross-motion is due **August 19, 2011**. Plaintiffs's opposition/reply is due **September 2, 2011** and defendant's reply is due **September 9, 2011**. A hearing is scheduled for **September 21, 2011 at 2:00 p.m.**, in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate

1 | Avenue, San Francisco, California 94102.  While I agree with
2 | the plaintiffs that the mediation would be more productive if
3 | they have the opportunity to evaluate defendants' counter-
4 | arguments to their motion, I expect that to happen after they
5 | get defendants' mediation brief.  This Order will allow
6 | defendants to avoid the cost of preparing a formal opposition
7 | and cross-motion, with all of the required supporting
8 | documentation, and apply those savings towards settlement.

    2.  We have been unable to locate the chambers copy of plaintiffs' motion.  If plaintiff has proof that it was delivered to chambers, it shall produce it immediately; otherwise it should immediately lodge a chambers copy.

    3.  I am troubled by the fact that the parties were unable to agree on a joint statement of undisputed facts.  The parties are reminded of their obligations under Section 3 of this Court's Pretrial Scheduling Order.  It is unclear why, if defendants made the admissions set forth in the Exhibit A to Mr. Thomas's declaration, the parties were unable to agree to a joint statement of facts, especially on such basic foundational facts as the relationship between defendant Personality Hotels, LLC and the Hotel Diva.

Dated: August 3, 2011

                                                  Bernard Zimmerman
                                     United States Magistrate Judge

G:\BZALL\-BZCASES\SF CULINARY V. PERSONALITY HOTELS\ORDER SETTING CROSS MOT FOR SUMMARY JUDGMT.wpd