CHRISTINE S. HWANG (SBN 184549)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Plaintiffs

JOHN M. SKONBERG (SBN 69409)
MICHAEL G. PEDHIRNEY (SBN 233164)
LITTLER MENDELSON, P.C.
650 California St., 20th Floor
San Francisco, CA 94108
Tel: (415) 433-1940/Fax: (415) 399-8490
jskonberg@litter.com
mpedhirney@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CULINARY, BARTENDERS & SERVICE EMPLOYEES WELFARE FUND, et al.,

Plaintiffs,

v.

PERSONALITY HOTELS, LLC et al.,

Defendants.

Case No. 3:10-cv-04436-BZ

**STIPULATION OF DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

The parties hereby stipulate through their counsel of record that they have reached an agreement to settle all outstanding claims in this matter, and that this action is dismissed without prejudice pursuant to FRCP 41(a)(1). The parties further stipulate that this Court shall retain jurisdiction to enforce the settlement agreement between the parties.

Case3:10-cv-04436-BZ   Document39   Filed10/25/11   Page2 of 3

| | |
|---|---|
| Dated: October 25, 2011 | Respectfully Submitted,<br>LEONARD CARDER, LLP |
| | By:  /s/<br>Phil A Thomas<br>Attorneys for Plaintiffs |
| Dated: October 25, 2011 | LITTLER MENDELSON, P.C. |
| | By:  /s/<br>Michael G. Pedhirney<br>Attorneys for Defendants |

So Ordered.

31 Oct '11

[signature]